IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISINE WAGNER and ROBERT WAGNER, her husband, | : : : : | Civil Action No. 4:14-CV-00576 |
| Plaintiffs, | : : : | (Judge Brann) |
| v. | : : | |
| H.H. KNOEBEL SONS, INC. ET AL., | : : : | |
| Defendants. | : | |

**ORDER**
February 17, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendants' Motion for Summary Judgment (ECF No. 26) is DENIED.

        BY THE COURT:

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge