IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE WAGNER, | : | Case No. 4:14-CV-00576 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| H.H. KNOEBEL SONS, INC., | : | |
| KNOEBEL REALTY L.P., and | : | |
| KNOEBEL REALTY MANAGERS, | : | |
| LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

January 19, 2017

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the parties shall strike certain portions of the videotaped depositions in accordance with the Court's Memorandum and the parties' agreement as memorialized in a January 18, 2017 Letter.  Should the parties be unable to remove the referenced portions in conformance with the Memorandum, they must inform the Court prior to trial so that appropriate limiting instructions may issue.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge