# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE WAGNER, | : | Case No. 4:14-CV-00576 |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| H.H. KNOEBEL SONS, INC., KNOEBEL REALTY L.P., and KNOEBEL REALTY MANAGERS, LLC, | : | |
| Defendants. | : | |

## ORDER

January 19, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** Defendants H.H. Knoebel Sons, Inc., Knoebel Realty, L.P., and Knoebel Realty Managers, LLC's Motion in Limine to Limit Expert Testimony (ECF No. 82) is **DENIED**.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge